IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

| | |
|---|---|
| JOHN RANDALL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   12-cv-2236-JTF-tmp |
| ) | |
| METHODIST HEALTHCARE MEMPHIS ) | |
| HOSPITALS, ) | |
| ) | |
| Defendant. ) | |

---

STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this action is dismissed with prejudice.

                                        s/Richard E. Collins
**Richard E. Collins (TN Bar # 24368)**
**R.E. COLLINS FIRM**
Cable Piano Building
422 S. Gay Street, Suite 301
Knoxville, TN 37902
Telephone:   (865) 523-2030
Richard@recollinsfirm.com
*Attorney for Plaintiff*

                                        s/ David P. Jaqua
**DAVID P. JAQUA (TN Bar # 05340)**
**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN   38119
Telephone:   (901) 680-7200
Facsimile:    (901) 680-7201
**david.jaqua@butlersnow.com**
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of April, 2013, the foregoing was filed via the ECF/CME system which will provide service upon:

    David P. Jaqua
    Butler, Snow, O'Mara, Stevens & Cannada, PLLC
    Crescent Center, Suite 500
    6075 Poplar Avenue
    Memphis, TN   38119
    *Attorney for Defendant*

            s/Richard E. Collins
            **RICHARD E. COLLINS**