# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN RANDALL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02236-JTF-tmp |
| ) | |
| METHODIST HEALTHCARE ) | |
| MEMPHIS HOSPITALS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF STIPULATION OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore, ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs.

IT IS SO ORDERED this 8th day of April, 2013.

BY THE COURT:

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge